NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FREDERICK O. SILVER, | No. 25-5961 |
| Plaintiff - Appellant, | D.C. No. 3:25-cv-05175-DGE |
| v. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
David G. Estudillo, District Judge, Presiding

Submitted December 17, 2025**

Before:     PAEZ, CHRISTEN, and KOH, Circuit Judges.

Frederick O. Silver appeals pro se from the district court's order denying his

motion for a preliminary injunction in his action alleging a Fair Credit Reporting

Act claim. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion. *Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion by denying Silver's motion for a preliminary injunction because Silver failed to establish the requirements for such relief. *See id.* (a party seeking a preliminary injunction must establish that it is likely to succeed on the merits, it is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in its favor, and an injunction is in the public interest).

**AFFIRMED.**

25-5961